RECEIVED
2022 DEC 22 A 9:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR T
~~SOUTHERN~~ DISTRICT OF ALABAMA
MIDDLE

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Brent William Jacoby
Name under which you were convicted

#291560
Your prison number

CIVIL ACTION NO. 2:22-cv-711-MHT-CSC
(To be supplied by Clerk of Court)

vs.

Commissioner Hamm, Warden Carter, Gordy
Lamar Thompkins, Cpt. Rodgers, Gordy, Hutton
Lt. Jones, Siler, Blakely
Name of Defendant(s)

Jury Trial Demanded
Imminent Danger Claim.

Bullock Corr. Fac. 104 Bullock Drive Union Springs AL 36089
Place of Confinement and Address

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( ) No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes (X) No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: See Back of this page

Defendants:

2. Court (if federal court, name the district; if state court, name the county):

3. Docket Number:

4. Were you granted the opportunity to proceed without payment of filing fees?

Yes ( ) No ( )

5. Name of judge to whom the case was assigned:

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

See Back of this page

7. Approximate date of filing lawsuit:

#1) Jacoby V. Carter et al, #2:19-cv-1067 (MDAL)
Still pending

#2) Jacoby V. Dunn et al, #2:21-cv-843 (MDAL)
Still pending

#3) Jacoby V. Dunn et al, #2:21-cv-0344 (MDAL)
Still pending

#4) Jacoby V. Gordy et al., #2:21-cv-0723 (MDAL)
Still pending

#5) Jacoby V. Gordy et al., #2:22-cv-393 (MDAL)
Still pending

#6) Jacoby V. West et al, #2:21-cv-831 (MDAL)
Still pending

#7) Jacoby V. Al D.O.C. et al #2:22-cv-391 (MDAL)
Still pending

#8) Jacoby V. Hamm et al, #2:22-cv-0441 (MDAL)
Still pending

#9) Jacoby V. Wexford Health et al, #2:21-cv-0170 (MDAL) Still pending.

3. Approximate date of ruling by court: ____________________

II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Easterling, Bibb And Bullock

B. Date it occurred: May 31 2022 up to December 9th 2022

C. Is there a prisoner grievance procedure in this institution? NO

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

E. If your answer is YES:

1. What steps did you take? Wrote Grievances to Warden, Investigation And Intelligence Division, motions to the

2. What was the result? United States middle District Court Commissioner of correction - Nothing was Done

F. If your answer is NO, explain why not: This Court Told me To File a Lawsuit

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

(See Attached)

#1) This Lawsuit is only For;

A) Retaliatory treatment for Filing 1983 civilRights Actions (Defendants did steal And lose all my law Work to Avoid Liability And to make me somehow lose my pending lawsuits by Deliberately withholding my Incoming and outgoing legal mail.

B) Conspiracy to deny me access to the courts, depositions and my law work because defendants knew they could get away with it because this court basicly said it was okay to continuously steal and lose my law work and not be Sanctioned.

III. PARTIES.

A. Plaintiff (Your name/AIS): Brent William Jacoby 291560

Your present address: 104 Bullock Drive Union Springs Al 36089

B. Defendant(s):

1. Defendant (full name) Warden Carter, Cpt. Gordy, Lt. Jones, ms. Blakeley & Officer Siler is employed as ______ at Easterling Corr. fac. mail Room

His/her present address is 200 Wallace Drive Clio Al 36017

(a) Claim against this defendant: See Attached

(b) Supporting facts (Include date/location of incident):

See Attached

2. Defendant (full name) Warden Lamar Thompkins, Cpt. Rodgers. is employed as ______

at Bullock Corr. fac.

His/her present address is 104 Bullock Drive Union Springs Al 36089

(a) Claim against this defendant: See attached

(b) Supporting facts (Include date/location of incident):

See Attached

3. Defendant (full name) warden Gordy, Cpt. Hutton is employed as ______

at Bibb Corr. fac.

His/her present address is 565 Bibb Lane Brent Al 35034

(a) Claim against this defendant: See Attached

(b) Supporting facts (Include date/location of incident):

See Attached

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above). Defendant Commissioner of Al A.D.O.C. John Hamm 301 Ripley St. montgomery Al 36130 See attached complaint.

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Burglary 3rd

2. When were you convicted? 2013

3. What is the term of your sentence? Life

4. When did you start serving this sentence? 2011

5. Do you have any other convictions which form the basis of a future sentence?

Yes ( ) No (X)

If so, complete the following:

(a) Date of conviction: None

(b) Term of sentence: None

6. What is your expected end of sentence (E.O.S.) date? None

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |

Invalidated yes( ) no( ) yes( ) no( )
Writ of habeas yes( ) no( ) yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: ______

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Order A Trial by Jury and $100,000.00 against each defendant in thier individual Capacity as punitive Damages Jointly and Severally And $2,000.00 A month every month for the Rest of my Life As Long as im in prison Serving this Life Sentence in the State of AL Dept. of Corrections.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct. ~~[illegible]~~ And everything Stated Herein is Based on Information I Believe to be true and correct.

12-9-2022
Date

(Signature of Plaintiff Under Penalty of Perjury)
Brent Jacoby

Bullock Correctional Facility
Current Mailing Address

104 Bullock Drive
Union Springs Al 36089

None
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Certificate of Service

I Brent Jacoby did on this 9th day of December 2022 give the Lock up Unit officer a copy of this 1983 Action to put in the prison MAILBOX to be sent to the U.S. post office for Delivery to U.S.M.D.C. One Church Street Suite B-110 montgomery Al 36104.

#1) ON OR ABOUT MAY 31, 2022 While at Easterling Correctional Facility Jacoby Went to the B-Dorm Lock up Unit From population and WAS placed in B-#1 OR #2 Cell..

#2) At Roughly 3:30pm upto Roughly 5:30 pm OFFICER Siler Can be seen on the Video Surveillance CAMERA IN the B-Dorm Lobby and on Camera on the B-1 side teasing Jacoby with 2-Big see through Laundry bags full of his Legal Documents pertaining to all of Jacobys pending 42-USC-1983 Civil Rights cases that he has pending In this United STATES Middle DISTRICT Court of AlABAMA.

#3) Jacoby has these cases pending (#1) Jacoby V. Carter et al, 2:19-cv-01067 (#2) Jacoby V. Dunn et al, 2:21-cv-0349 (#3) Jacoby V. Dunn et al., 2:21-cv-843 (#4) Jacoby V. West, 2:21-cv-831 (#5) Jacoby V. Gordy et al, 2:21-cv-0723 (#6) Jacoby V. Gordy et al, 2:22-cv-393 (#7) Jacoby V. Al. D.O.C et al, 2:22-cv-391 (#8) Jacoby V. Hamm 2:22-cv-0411 (#9) Jacoby V. Wexford Health Sources 2:21-cv-0170

#4) Jacoby has Amended some of these cases Already and has Filed a Few more new cases since so some of these defendants will be different he Just has not heard back From the Courts yet and fears he's still having problems pertaining to his legal mail and Law documents deliberately being Tampered with, delayed and/or lost on purpose

#5) Cpt. Gordy IS the Lock up Unit Captain over lockup, Lt. Jones is the Lieutenant over lock up and officer Siler was the officer Assigned to work lockup on A Regular basis.

Warden Carter III is the Warden over Easterling Correctional Facility.

#6) Officer Siler can be seen on the Video Surveillance Camera on B-1 side and on the B-Dorm Lobby Camera leaving back out of B-1 side with Jacoby's Law Work and personal property and never doing a Inmate personal property Inventory sheet of it on Jacoby's behalf like the Alabama Dept. of Corrections policy Rules and Regulations Tells him To. He deliberately Refused to give Jacoby his Law Work and deliberately Refused to Inventory it and have Jacoby sign the Form and put it up in storage for him somewhere in a Safe and Secure Location until he, Jones and Gordy decided he can have it.

#7) Lt. Jones and Cpt. Gordy Failed to make sure Jacoby's property was Inventoried on A property sheet like Al. D.O.C. policies tells them to do. Jones, Gordy And Siler all Failed to Follow policies and make sure Jacoby got his legal Documents and personal Property when he was put in the lock up unit.

#8) Jacoby Repeatedly wrote Al. D.O.C. Investigations and Intelligence Division, Warden Carter and Commissioner John Hamm of the Al. D.O.C. About officer Siler, Lt. Jones And Cpt Gordy deliberately losing, stealing And or destroying his pending civil Rights Lawsuits documents And begging them to please help Jacoby Find, locate and or Replace his legal Documents.

#9) Jacoby wrote very detailed grievances to Hamm, Carter And I and I Regarding what happend on May 31, 2022 And how he never seen what Siler did with his property but the cameras should show what happend to it

#10) IN Fact From on or About June 1, 2022 up to on or About July 7th 2022 Jacoby continued to have problems With not only his Legal Documents never being Located Found and or Replaced Jacobys incoming and outgoing legal mail to the United States middle District Court of Alabama And defense counsel was being Tampered With by the lockup unit Supervisor Lt. Jones, Cpt. Gordy and the mail Room officer Ms. Blakely. Jacobys mail was not making it out the prison In a Timely manner to this court and defendants lawyers in these pending 42-USC-1983 Lawsuits and or was not making it period! Sometimes it Would Take 7 to 25 days Just to leave the prison.

#11) Jacoby Suffers mentally and memory Loss From his mental Disorders, Cancer on his facial Features And From all the Beatings he has taken over the years by officers and Inmates And has a very hard Time Remembering things.

#12) Jacoby submitted proof to this Court that his mail was being Tampered with and Not even going out to the Courts in a Timely manner by writing the Clerk of Courts and by Filing A motion And attaching mail and Ms. Blakelys Responses as exhibits to one of his motions. Jacoby will have to get a Lawyer to help him get copies of this proof through Discovery because he cant Remember what case it was in; doesnt have access to the Court Records to look at everything he has Filed and he doesnt have .50¢ Available to send the courts to make Copies.

#13) Jacoby made paper trails by writing the Commissioner of Corr. John Hamm, Warden Carter at Easterling, Cpt. Gordy and Lt. Jones over Easterlings lockup Grievances and Investigations and Intelligence Division over Al. D.O.C. Grievances About his missing legal Documents pertaining to the May 31, 2022 Incident Jacoby went to lock up for When Inmate Tanner Faulkner Raped him.

#14). Jacoby Wrote Motions to the Courts (U.S.M.D.C. in Montgomery Alabama) Very detailed motions back in June and or July 2022 describing times, dates and names of Employees of Al. D.O.C. and what Cameras needed to be looked at to prove his Allegations In this 42 USC 1983 but this court denied his motions and Told him that they didn't want to be bothered and Told him to File new Lawsuits. So this IS what Jacoby is doing.

#15) Heather Hamm, Carter, Gordy, Jones and I and I Division of Al. D.O.C. Investigated Jacobys Allegations, Responded to Jacobys letters and Grievances and Looked at the cameras to get Jacobys missing Law Work and property Back.

#16) Sometime back in July Around the 7th 2022 Jacoby WAS Transfered to Bibb County Corr. fac.

#17) On or About August 23, 2022 While at Bibb Corr. fac. at Roughly 6:00 Am Jacoby WAS Violently Assaulted in his Sleep By Inmate Corey Sanders and WAS Taken out of the prison and sent to A Free World Hospital.

#18) Jacobys property and legal Work WAS not packed up by Al D.O.C. officials and a Inmate Inventory property Sheet Form WAS not Filled out by the Dorm officer, Shift Commander And Cpt. Hutton as the Al. D.O.C. policies Rules and Regulations Demands them to do. Instead Jacobys property and Law Work WAS left behind for Inmates to Read and Steal.

#19) While Sgt Sealey transported Jacoby to the Hospital on August 23, 2022 Jacoby heard Sgt. Sealey personally Call Cpt. Hutton on the phone and asked him to please make sure all of Jacobys property and legal Documents Were all packed up and sent to the Shift office so that Jacoby would not

Lose them And he told Cpt. Hutton that JAcoby wanted to press Charges on Inmate Corey Sanders and Wanted him Validated As his enemy.

#20) Cpt. Hutton never got JAcobys property and Law Work nor did any other A-Dorm officer where JAcoby WAS Housed pack up his property and do a Inmate Inventory property Sheet Form as the Al. D.O.C. policy Rules and Regulations demands them to do. When JAcoby got back to the prison later that night on August 23, 2022

#21) Again JAcoby Immediately STARTED writing Warden Gordy at Bibb Prison and Cpt. Hutton at Bibb prison and Commissioner John Hamm of the Al. D.O.C. and Investigation and Intelligence Division for the Al.D.O.C. About his missing Legal Documents From on or About August 24, 2022 upto on or About September 10th 2022 numerous Letters and Grievances pertaining to his missing legal Documents and giving them the Approximate Time, Date and housing Location of A-1 Dorm and What Cameras to Look at in A-1 Dorm And the A-Dorm Lobby So that these defendants could help JAcoby Find his Law Work to all his pending Cases In the United STATES MIDDLE DISTRICT COURT OF Alabama. None of these Defendants Responded to JAcoby period nor did they do a Investigation into his missing property and legal Documents to Find out where the property went to. It was Never found or Replaced.

#22) Again JAcoby wrote this Court motions Complaining of his missing Property and Legal Documents and begged this court to Intervene, look at the cameras and order the prison officials And or defendants to Replace, locate and or Find his law Work pertaining to all of JAcobys pending Civil Rights Cases in this United States Middle DISTRICT Court. The Judges again all Refused to get involved and Told JAcoby to File more lawsuits.

#23) ON OR ABOUT September 19, 2022 JACOBY WAS Called To Medical at ABOUT 4:00 AM at ~~Bibb Co~~ Bibb County Corr. FAC. and told he WAS on the TRANSFER And going to Bullock Corr. FAC. JACOBY WAS denied by the medical officer to go back to E-4 DORM (where he was assigned) and pack up his property and Law WORK. The CAMERAS up In E-4 Dorm and the Lobby PROVE this.

#24) JACOBY Seen Cpt. Hutton and Warden Gordy In I.C.S. At the Receiving back gate and told them that all his LAW Work and personal property WAS in the E-4 DORM And he needed to go get it. Both Cpt. Hutton and Warden Gordy told him NO and that they will get someone to go get it. However this never happend! The CAMERAS in E-4 Dorm and medical prove that between 4:00 AM and 10:00 AM JACOBYS Law Work and property was left behind on his bed and under his mattress. NO property sheet Inventoring his property WAS ever done as policy Demands And again JACOBY lost more of his Law Work.

#25) While at Bullock Corr. FAC. From on or ABOUT September 19th 2022 up to October 4, 2022 JACOBY wrote numerous complaints, Grievances and letters to Commissioner HAMM And I and I ABOUT his missing legal Documents and how Gordy And Hutton Refused to let JACOBY get his property and Law Work Before he transfered FROM ~~Bibb~~ to Bullock ~~Bibb~~ and NO Inventory property Sheet WAS done again on his behalf AS policy demand per Al. D.O.C.. Again NO Responses were given

~~#26) On or about November 2022 while at Bullock~~

#26) Again JACOBY wrote motions to this Court begging FOR The court to order Employees of Bibb Corr. FAC. Facility

To Find, Locate and or Replace his missing legal Documents. Again the Judges in all his Cases denied his motions and Told him to File a new Lawsuit.

#27) On or About November 10, 2022 at Roughly 3:00 pm Jacoby Went to lock up in B-Dorm at Bullock Corr. Fac. and again No Officers, Shift Commanders, the F-Dorm officer nor the lock up unit officer went to get Jacoby property and Law Work. The P.R.E.A. Compliance Manager at Bullock Mr. McClure told Jacoby to go get his property and the clothes he was wearing when he was Raped so that he could get the D.N.A. Evidence and Submit It to the CAB. Cpt. Rodgers Refused to let Jacoby go get the Evidence For the P.R.E.A. Investigator And his Law Work And sent Jacoby straight to lock up in B-Dorm. Cpt Rodgers Never even went to get the D.N.A. Evidence much less Jacoby's Law Work and Property and again NO Inmate Inventory property Sheet was done on Jacoby's behalf As policy Demands and Again Jacoby's property and legal Documents were left behind. The cameras PROVE this again.

#28) Jacoby has wrote Numerous letters, Grievances and Complaints to I and I for the Al. D.O.C., Commissioner John Hamm And Wardens Thompkins, Jones and Lamar About this and Again nobody has Found, located and Replaced his property the whole time he has been In Lock up since November 11th, 2022 up to this 11th day of December 2022.

#29) It's very obvious that because of all of Jacoby's lawsuits he has Filed since 2019 that Commissioner Jefferson Dunn, John Hamm, Hutton, Wardens McCoy, Carter, Cpt. Gordy, Cpt. Rodgers, Lt. Boyd, Lt Jones, and all the way down to the Sgt's and officers that work for the Al. D.O.C. And the mail Room Staff at Bibb, Easterling, and Bullock prison that not only is Jacoby's legal

documents being deliberately stolen and or lost on purpose by defendants or the Friends of defendants.

#30) Ever Since May 31, 2022 up to on or About December 9th 2022 starting at Easterling Correctional Facility Defendants Carter, Gordy, Jones and Siler Retaliated against Jacoby for Filing Lawsuits against them and or there Co-Workers at Easterling Correctional Facility by conspiring with each other to lose his legal documents to all his pending Lawsuits he has Filed in this United States middle DISTRICT Court of Alabama because these defendants knew that Jacoby couldnot adequately pursue his lawsuits against them or their co-workers.

#31) Jacoby had and still has some pending Civil Rights Cases Against Carter, Gordy, Jones and Siler at Easterling Correctional Facility and or he has pending civil Rights Cases against co-workers of these defendants that work at Easterling Correctional Facility. Cpt Gordy, Lt. Jones and officer Siler deliberately Refused to follow Al. D.O.C. policy Rules and Regulations by Inventoring Jacoby's property and Law Work on A Inmate Inventory of personal property Form when he went to lockup Suicide Watch In Regards to a Botched Rape Investigation on May 31 2022. It's all on Camera, Investigations and Intelligence Division For Al. D.O.C. Has a Copy of the Videos showing Siler was the last person seen With A Big Laundry Bag Full of Jacoby's law Work showing it to Jacoby at his cell door and leaving with it And Refusing to give it to Jacoby. Jacoby wrote motions to this Court About this Issue, Jacoby wrote I and I Div. for Al. D.O.C. About this Issue and wrote Warden Carter About this Issue But nobody would Interview.

#32) Warden Carter of Easterling deliberately Refused to Rewind the Cameras as did Cpt. Gordy to help Jacoby Find his law Work

and Just Flat out Failed to ~~[illegible]~~ do any type of Investigation Into what officer Silee did with Jacoby's property. Cpt. Gordy is the Captain over lock up and Jacoby is already Suing him and Carter in this Court so obviously they Both were in Cohoots together by deliberately Refusing to find out where his law work went and Retaliated against him because of all his grievances and Lawsuits on them by Failing to contact Silee and see why a property sheet was not done and see where his property went to.

#33) Jacoby Wrote Commissioner John Hamm about this missing Law Work back in June and July and he Refused to assist Jacoby in locating it and Reprimanding Silee, Gordy and Jones for not Following policies by doing a property sheet, losing his Law Work. John Hamm Flat out Ignored Jacoby's letters.

#34) The Mail Room Lady Ms. Blakely was deliberately withholding Jacoby's legal mail to this Court and legal mail to Jacoby From this court by not getting it to him in a Timely manner and to the courts In A Timely manner and even losing his mail on purpose sometimes. Jacoby Already submitted Evidence to this court as Exhibits in his motions which this court Refused to entertain and told Jacoby to Just File new Separate lawsuits. This was proven and sent to this Court back in June and July 2022.

#35) Jacoby made paper Trails proving these Allegations by sending evidence to this court and I and I Div. for the Al. D.O.C. because Jacoby knew it would come to him Losing cases and not being Able to get more copies made. This is why he wrote very detailed motions and grievances showing the courts and Investigators what cameras to look at and the times and dates and names of people to prove he was not Lieing.

#36) Jacoby has Already tried Suing Christopher Gordy Warden at Bibb and Cpt. John Hutton in this court as well and has Already tried suing Al. D.O.C. Employees here at Bullock prison

Also in this court in the past several years.

#37) Not only has Defendants Here at Bullock deliberately Refused to get Jacobys Law Work and Follow policies because they all were conspiring to Ruin Jacobys cases by Losing his law Work on purpose by leaving it behind in another dorm so he could not get it but his Legal MAIL is being Tampered with Again pertaining to All his pending Cases in this Court

#38) Jacobys legal mail From this court is not making it to him in a Timely manner because the mail Room officer, Wardens here at Bullock and Cpt. Rodgers are tampering with his legal MAIL incoming and outgoing MAIL is not making it to and From its destinations In A timely Manner. (See Exhibit A)

#39) The Video Surveillance Cameras up In B-Dorm B-#12 cell on December 9th, 2022 between 12:00 pm and 3:00 pm show "OFFICER White" Bringing to Jacobys Cell "4-peaces of legal mail" and telling him to sign for it. These 4 documents were

(A) 2:21-CV-00831 Jacoby V. West Doc # 77. It was mailed on Nov-22, 2022 got it on Dec 9th, 2022

(B) 2:21-CV 0849 Jacoby V. Dunn Doc. #32. It was mailed on Nov. 29, 2022 got it on Dec. 9th, 2022

(C) 2:21-CV-0831 Jacoby V. West Doc #79 It was mailed on Dec. 5 2022 by U.S.M.D.C. Got it Dec. 9, 2022

(D) 2:21-CV-0831 Jacoby V. West Doc. #78 It was mailed on December 2, 2022 by defendants Burr Forman got It Dec 9, 2022.

#40) Jacoby is submitting the envelopes (exhibit A) that this MAIL came in. He is not submitting the Big Brown Envelope that Burr and Formans motion to dismiss came in but it was Doc # 78. The Cameras in B-Dorm Cell #12 prove these Allegations And Jacoby is writing Investigations and Intelligence Division for Al. D.O.C. to perserve the Video Survellance footage to prove he is not Lieng and to Investigate his mail being tampered with and delayed.

#41) Also on or About November 15th, 2022 at Roughly 9:00 AM Jacoby can be seen in B-Dorm at Cell #12 (B-1 #124) telling Cpt. Rodgers and Warden Lamar and Thompkins that he had a deposition set for 10:00 AM at Bullock Corr. Fac. with the Attorneys for Dr. West In Case #2:21-CV-0831 (MD AL)

#42) Jacoby was In lockup pending some type of Investigation because he was Assaulted by Inmates Roughly 8-11 times From on or About November 1, 2022 up to November 10, 2022 and Raped on or about November 5th, 2022. However even though all of this is on Camera, Rodgers, Lamar, Jones and Thompkins all Failed to do a Investigation and write these Inmates up. Jacoby wrote the I and I Division for the Al. D.O.C. And gave them very Detailed statements 3 times About where to look on the Cameras, What dorms, What dates and times these Violent Assaults occurred And who Failed to protect him because Jones, Lamar, Thompkins And Rodgers at Bullock are trying to cover up these Violent Assaults that turned Jacoby into A walking Bruise.

#43) Rodgers, Lamar and Thompkins seen How Bruised up Jacoby still was all over his body that they Refused to let him go to his deposition on November 15th, 2022 At Bullock Corr. Fac. In Case # 2:21-CV-0831 Jacoby V. West (MD AL). Jacoby Never Refused his deposition. In Fact the Camera Will also Show Jacoby was mad and screaming on the Door For the Wardens to come see him because Rodgers Refused to let him go and Rodgers came to the door cell door #12 In B-Dorm with a Big Can of Pepper Spray and threatened to spray Jacoby with it if he didn't get off the door and sit down. So out of Fear of Being Beat up again and pepper sprayed by Rodgers Jacoby sat off the door and Immediately Began writing motions to this court explaining everything In Detail

#44) Jacobys U.S.C. Rights Are being Violated by all defendants Herein because they are all Retaliating Against him for Filing lawsuits in this court And Are conspiring with one another to destroy Jacobys lawsuits and having his cases dismissed by withholding his legal mail to the courts and defendants Lawyers without his permission and for no Justifiable Reason. Defendants Are deliberately delaying his access to his legal mail From the courts and defense counsel in all his pending Cases In this court as well and hampering his Ability to adequately pursue his cases and access the courts. Defendants herein Are deliberately losing, leaving behind and or Stealing his legal documents so that he can not access the courts and pursue his lawsuits in a Timely Manner and Replace ~~these~~ missing legal documents because they know He cant AFFord to Replace documents at .50¢ per page. Defendants Are denying him access to Court ordered depositions in one of his cases as well wich is about to make him lose another case.

#45) Every Single one of these defendants know that this Court Refused to entertain a "Side trial" or "look into" or "Investigate" Jacobys motions to the U.S.M.D.C. accusing them and or their Co-workers of Stealing, losing and or deliberately misplacing And leaving behind his law work and told him to Just file Another lawsuit. Because of this court Refusing to Intervene and assist Jacoby with his allegations and Sanction AL.D.O.C. officials for deliberately Refusing to Follow policies by packing up And Inventorying his legal Documents on A property Form, this gives the AL.D.O.C. Employees and defendants herein a way to "beat" and "destroy" ALL Jacobys lawsuits Against them. This court may as well make it good Law and Say Its legal for Correctional officers to Just take Inmates legal Documents, Legal mail and deny them access to the courts and depositions From now on so they wont ever have to Be Liable

In A Court of Law and can start getting AWAY with Violating Inmates Rights. Inmates may as well not even Have Rights now because it's okay For Al. D.O.C. Employees to Just steal and lose all their legal Documents.

#46) Jacoby has provided so much proof of all these Allegations and has the cameras up all over the place to back it up But What good is this if the court wont entertain it and I and I Div. for the Al.D.O.C. wont Investigate anything he says.

#47) This Lawsuit is for the Wide spread ABUSE Jacoby has endured by the Al.D.O.C. Employees since May 31, 2022 up to December 9th 2022 and only has to deal with

(A) conspiracy to deny and delay access to depositions the courts by withholding incoming and outgoing MAIL And by deliberately losing and stealing Jacobys legal Documents. 1st, 6th And 14th Amendment Violation.

(B) Retaliatory treatment for Filing 42 USC 1983 Civil Rights lawsuits by losing Jacobys law works And not doing property Inventory Sheets as policy of Al D.O.C. demands Violated Jacobys 1st Amendment Rights under the U.S.C.

(C) Because of these unlawful acts by defendants Jacoby has suffered cruel and unusual punishment, Emotional distress, Is losing Court cases

Jacoby suffers From Mental Disorders, memory loss, Cancer, Asthma and COPD And is not A lawyer. He cant keep up with all of this constant DRAMA and Emotional Stress and Anxiety defendants Are causing him. ALL of this

STUFF JACOBY JUST WROTE in here is closely Related to a constant Repetative pattern by the Al. D.O.C. officers and is constantly going on. This is why he put it all in one lawsuit so the court will see it for what it is, JACOBY is probably dieing in this cell Right now because the Doctors dont want to pay and see how bad his cancer has spreaded and Run more tests. IF This court tells him to Amend this he will Appeal it Because its all Related and shouldnt have to File 5 or 6 Seperate new lawsuits becaus Its all 1 clear pattern of ABUSE of Authority by the hands of Al D.O.C. wich IS constantly Steeling and losing his law work, constantly delaying his incoming and outgoing mail and denying him Access to depositions and the courts.

48) JACOBY doesnt Know whether hes Filed or hasnt Filed yet or when he did File something or the date things were filed And Sometimes ReFiles the same stuff 2 and 3 times because He Really doesnt Remember and All his legal work keeps getting lost or stolen or left behind by officers so Its impossible to adequately pursue his cases period. Nobody can! not even Real lawyers can keep up and Remember stuff if there computers and law work kept getting stolen by DISTRICT Attorneys or defendants they are suing.

#49) Because of everything stated herein JACOBYS Life is in Immenent Danger in the Al. D.O.C. and all of his law work is in Jeopardy and Immanent Danger of dying in the courts. Defendants And or Employees of Al.DOC. Are gonna kill JACOBY next because they are gonna see the courts dont care and its okay to do this to Beat lawsuits Against them.

Brent Jacoby #291560
Bullock Corr. Fac.
104 Bullock Drive
Union springs Al 36089

FOREVER / USA
FOREVER / USA
FOREVER / USA
FOREVER / USA

In THE United STATES Middle
District Court of Alabama
ONE CHURCH STREET Suite B-110
Montgomery Al 36104

LEGAL