IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT WILLIAM JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-711-MHT-CSC |
| | ) | |
| JOHN Q. HAMM, et. al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After further review of the docket and for good cause, it is **ORDERED** that the Court's Order filed December 29, 2022, which required the Plaintiff to pay an initial partial filing fee (Doc. 3) be **WITHDRAWN**.

DONE this the 29th day of December, 2022.

/s/ Charles S. Coody
**UNITED STATES MAGISTRATE JUDGE**

1