IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY,           )<br>                                )<br>     Plaintiff,                 )<br>                                )<br>     v.                         )<br>                                )<br> COMMISSIONER JOHN HAMM,         )<br> et al.,                        )<br>                                )<br>     Defendants.                ) | CIVIL ACTION NO.<br>2:22cv711-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant prison officials have engaged in a conspiracy to obstruct his constitutional right of access to courts and have retaliated against him for filing lawsuits by withholding his incoming and outgoing legal mail, deliberately losing his litigation-related documents, and/or failing to safeguard these documents when he was transferred to hospitals or different units or prisons. This lawsuit is now before the court on the recommendation of the United States Magistrate

Judge that plaintiff's application to proceed in forma pauperis be denied and that his case be dismissed without prejudice for failure to pay the filing fee on initiation of this case. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of February, 2023.

                                            /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**