IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY,          ) | |
| )   | |
| Plaintiff,    ) | |
| )   | CIVIL ACTION NO. |
| v.            ) | 2:22cv711-MHT |
| )   | (WO) |
| COMMISSIONER JOHN HAMM,   ) | |
| et al.,                    ) | |
| )   | |
| Defendants.    ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 5) is adopted.

(2) Plaintiff's application to proceed in forma pauperis (Doc. 2) is denied.

(2) This lawsuit is dismissed without prejudice for failure to pay the filing and administrative fees on initiation of the case.

No costs are taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 2nd day of February, 2023.**

                                                  /s/ Myron H. Thompson  
                                          **UNITED STATES DISTRICT JUDGE**