IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT WILLIAM JACOBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv711-MHT |
| | ) | (WO) |
| COMMISSIONER JOHN HAMM, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that plaintiff's "Motion to Reconsider dismissing Lawsuit Due To Partial Filing Fee not being paid" (Doc. 11) is denied. As discussed in the United States Magistrate Judge's recommendation (Doc. 5), plaintiff was required to pay the entire filing fee at the initiation of the lawsuit. Moreover, it is too late to reopen this lawsuit.

This case remains closed.

DONE, this the 12the day of February, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE